23 So.2d 883

**Johnie DACUS v. STATE.**
**I Div. 517.**

Court of Appeals of Alabama.
Nov. 27, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

24 So.2d 921

**Johnie DACUS v. STATE.**
**I Div. 518.**

Court of Appeals of Alabama.
Nov. 20, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 922

**L. M. (alias Barlow) DAVIS v. STATE.**
**7 Div. 840.**

Court of Appeals of Alabama.
June 18, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

26 So.2d 922

**Thomas DAWSON v. STATE.**
**4 Div. 939.**

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

26 So.2d 922

**R. W. DEAL v. CITY OF TUSCALOOSA.**
**6 Div. 289.**

Court of Appeals of Alabama.
April 18, 1946.

PER CURIAM.
Appeal dismissed, want of prosecution.

23 So.2d 144

**Robert Earl DEARMAN v. STATE.**
**6 Div. 225.**

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.